Louis J. Testa (LT2213)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut  06510
Tel. 203.821.2000 / Fax 203.821.2008
Counsel to Saylavee, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
In re:                                    :
                                          :    CHAPTER 7
DUCKY INTERACTIVE, INC.,                  :
                                          :    CASE NO. 05-23457 (ASH)
                 Debtor                   :
_____x

## NOTICE OF APPEAL

Saylavee, LLC hereby appeals under 28 U.S.C. § 158(a) from all aspects of the order of the Honorable Adlai S. Hardin, Jr., United States Bankruptcy Judge, entered in this Chapter 7 case on the 14th day of January 2008 (Doc. #153), which, among other things, approved the motion of Jeffrey L. Sapir, Esq., as Chapter 7 Trustee, authorizing a compromise and settlement pursuant to a settlement agreement dated June 15, 2007, dismissed certain adversary proceedings with prejudice as denominated in the order, and which granted the claim objection motions of Scott B. Hockler and Ducky Interactive, Inc.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Joseph M. Pastore III, Esq.
Dreier LLP
One Landmark Square
Stamford, Connecticut  06901
Telephone 203.425.9500
Counsel for the Debtor, Ducky Interactive, Inc.

Steven E. Fox, Esq.
Dreier LLP
499 Park Avenue, 14th Floor
New York, New York  10022
Telephone 212.652.3742
Counsel for the Debtor, Ducky Interactive, Inc.

Jeffrey L. Sapir, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
Telephone 914.328.7272
Chapter 7 Trustee

Dawn K. Arnold, Esq.
Rattet Pasternak & Gordon Oliver LLP
550 Mamaroneck Avenue, Suite 518
Harrison, New York 10528
Counsel for Pamela Stone

Dated:  New Haven, Connecticut
        January 23, 2008

                SAYLAVEE, LLC

            By:   /s/ Louis J. Testa
              Louis J. Testa (LT2213)
              Neubert, Pepe & Monteith, P.C.
              195 Church Street, 13th Floor
              New Haven, Connecticut 06510
              Tel. 203-821-2000 / Fax 203-821-2008
              Email: ltesta@npmlaw.com