# NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

**MEMO ENDORSED**

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

Michael D. Neubert
Gregory J. Pepe
Deborah Monteith Neubert
Douglas S. Skalka
Judy K. Weinstein
Peter T. Fay
Andrew R. Lubin
Robert T. Gradoville
Nancy Bohan Kinsella

Eric J. Stockman
Kevin M. Godbout
Cameron C. Staples
Mark I. Fishman
Simon I. Allentuch
Gretchen G. Randall
Mark E. Stopa
Jason T. Prueher
Lucas B. Rocklin

Jennifer L. Cammarano
Jeffrey E. McGuinness
Jarod F. Proto
Counsel:
Louis J. Testa*
Maureen Sullivan Dinnan
Regina Duchin Kraus
Of Counsel:
Sonja Goldstein

30 Jelliff Lane
Southport, Connecticut 06890-1482
Telephone: (203) 254-9332
Facsimile: (203) 254-9239

*Admitted in New York Only

Reply to P.O. Box
www.npmlaw.com

April 21, 2008

<u>**VIA FACSIMILE (914-390-4179) AND OVERNIGHT MAIL**</u>
The Honorable Stephen C. Robinson
U.S. District Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601-4150

Re: Ducky Interactive, Inc. (Chapter 7) 05-23456; Saylavee LLC Appellant v. Ducky Interactive, Inc., Scott B. Hockler, and Jeffrey L. Sapir, Esq. Appelleess Civil Action Numbers. 7:08 CV 1897, 1901, and 1903

Dear Judge Robinson:

Our firm represents the Appellant, Saylavee LLC in each of the three (3) appeals ("Appeals") referenced above.

Please view this letter as a confirmation of, and a follow-up to, my telephone conversation of April 21, 2003 with your law clerk, Brandon.

On March 19, 2008, the Court entered separate orders in each of the Appeals granting our client's application for extension of time for filing briefs on appeal pursuant to Rule 8009(a) Fed. R. Bankr. P. The extensions were granted until April 29, 2008.

The purpose of this letter to <u>request a further extension of time until May 30, 2008 within which to file the briefs on appeal</u> in each of these matters for the following reasons:

    a.    I have been informed by counsel for the debtor, Ducky Interactive, Inc., and Scott B. Hockler that they have not been retained nor intend to participate in the Appeals at this time; and

    b.    I have been informed by the Trustee Jeffrey L. Sapir, Esq. that he, as well, does not anticipate participating in any of the Appeals; and



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

APR. 21. 2008 4:10PM　　　　　　　　　　　　　　　　　　　　　　　NO. 022　　P. 3
Case 7:08-cv-01901-SCR    Document 6    Filed 04/22/2008    Page 2 of 2

    c. I have undertaken discussions with the Trustee with an aim of possibly settling all of the issues raised in these Appeals and would request additional time to do so; and

    d. The settlement may also affect two earlier appeals presently pending before your Honor in the same main Bankruptcy Case; and

    e. No party in interest shall suffer prejudice as result of the granting of the relief requested at this time.

  In addition, I would like bring to the Courts' attention the overlapping nature of these appeals and would request that the Court consider either joining or consolidated these appeals for briefing and oral argument purposes. The Appeals have been designated as related. I believe that the issues raised may be briefed in one memorandum and addressed in one oral argument.

  Please do not hesitate to contact me if you have any questions in regard to the foregoing or require further information with respect to this request.

  Thank you for your time and consideration of this matter.

              Respectfully yours,

              *[signature]*
              Louis J. Testa

LJT/lls

*[Handwritten:]* Appellant may file a consolidated brief for 08CV1897, 08CV1901 and 08CV1903. Time to file the brief is extended to 5/30/08.

**APPLICATION GRANTED**

*[signed]* Stephen C. Robinson

---

HON. STEPHEN C. ROBINSION

    4/22/08.