## NEUBERT, PEPE & MONTEITH, P.C.

Attorneys At Law

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

Michael D. Neubert
Gregory J. Pepe
Deborah Monteith Neubert
Douglas S. Skalka
Judy K. Weinstein
Peter T. Fay
Andrew R. Lubin
Robert T. Gradoville
Nancy Bohan Kinsella

Eric J. Stockman
Kevin M. Godbout
Cameron C. Staples
Mark I. Fishman
Simon I. Allentuch
Gretchen G. Randall
Mark E. Stopa
Jason T. Prueher
Lucas B. Rocklin

Jennifer L. Cammarano
Jeffrey E. McGuinness
Jarod F. Proto
Counsel:
Louis J. Testa*
Maureen Sullivan Dinnan
Regina Duchin Kraus
Of Counsel:
Sonja Goldstein

30 Jelliff Lane
Southport, Connecticut 06890-1482
Telephone: (203) 254-9332
Facsimile: (203) 254-9239

*Admitted in New York Only

Reply to P.O. Box
www.npmlaw.com

July 22, 2008

**VIA U.S. MAIL AND FACSIMILE (914-390-4179)**
The Honorable Stephen C. Robinson
U.S. District Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601-4150

**MEMO ENDORSED**

Re: Ducky Interactive, Inc. (Chapter 7) 05-23456; Saylavee LLC Appellant v. Ducky Interactive, Inc., Scott B. Hockler, and Jeffrey L. Sapir, Esq. Appelleess Civil Action Numbers. 7:08 CV 1897, 1901, and 1903; Ducky Interactive, Inc. v. Saylavee, LLC. 06-cv-02420

Dear Judge Robinson:

Our firm represents Saylavee, LLC and Steven Lichtman with regard to each of the above referenced matters.

Please view this letter as a confirmation of my telephone conversation with Joanna of your office this date.

I am pleased to report that the parties have reached an agreement whereby the following appeals will be withdrawn with prejudice and without costs to either party upon approval of a motion to be made by the Trustee in the underlining Bankruptcy Case of Ducky Interactive, Inc. pursuant to Rule 9019 Fed. R. Bankr. P.: ("Settlement Motion")

(a) Civil Action Number 7:08-cv-1897
(b) Civil Action Number 7:08-cv-1901
(c) Civil Action Number 7:08-cv-1903
(d) Civil Action Number 06-cv-02420

As of the present time the Court has ordered the Consolidated Brief by Appellant to be filed with respect to the appeals identified in paragraphs a through c above on or before July 23, 2008.

This settlement removes the need to file such Consolidated Brief unless, for some unforeseen reason, the Settlement Motion is not approved by the Bankruptcy Court.

Consequently, I respectfully request that the Court order that the deadline to file the Consolidated Brief be set for a period of seven (7) days from entry of any order which may deny the Settlement Motion. If the Settlement Motion is approved, then each of the appeals will then be deemed withdrawn per the settlement and the need to file a Consolidated Brief will be moot.

In order to assist the Court on this matter I attach copies of letters dated July 21, 2008 from Joseph M. Pastore, III. Esq., counsel for Scott Hockler and Ducky Interactive, Inc. to the undersigned and, a letter dated July 21, 2008 executed by Steven Lichtman individually and on behalf of Saylavee, LLC; each, of which confirm the terms of the settlement.

By copy of this correspondence mailed contemporaneously herewith I am providing Joseph M. Pastore, III. Esq., and Jeffrey L. Sapir, Esq., Chapter 7, Trustee with notice of the foregoing.

Please do not hesitate to contact me if you have any questions with regard to the foregoing or require further information on this matter.

Respectfully yours,

Louis J. Testa

LJT/lls

APPLICATION GRANTED

*Stephen C. Robinson*

HON. STEPHEN C. ROBINSION

7/23/08